THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD P. BRISSON, Appellant.

Submitted September 29, 1947; decided November 21, 1947.

*Richard P. Brisson,* in person, for motion.
No one opposed.

Motion dismissed on the ground that the order sought to be appealed from is not a final determination, and no appeal therefrom can be taken to this court.